**Order entered October 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00848-CV

### THE DALLAS MORNING NEWS, INC., Appellant

### V.

### CHRISTOPHER KEVIN MAPP, Appellee

### AND

## No. 05-14-01267-CV

### CHRISTOPHER KEVIN MAPP, Appellant/Cross-Appellee

### V.

### THE DALLAS MORNING NEWS, INC., Appellee/Cross-Appellant

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-02118-J**

## ORDER

Before the Court is the parties' October 20, 2014 agreed motion to consolidate appellate

cause number 05-14-01267-CV into appellate cause number 05-14-00848-CV.  The parties note

that the two appeals stem from the same underlying suit, a public figure defamation suit against a

media defendant, and share two legal issues in common, both of which have already been briefed

in cause number 05-14-00848-CV. The parties further note that a third issue, to be raised by The Dallas Morning News as cross-appellant, exists in cause number 05-14-01267-CV, but this issue involves the same facts and procedural background as the other two issues. The parties request we not only consolidate the appeal, but also utilize the briefing that's been filed and allow additional briefing as to the third issue.

We **GRANT** the parties' motion and **CONSOLIDATE** appellate cause number 05-14-01267-CV into appellate cause number 05-14-00848-CV. For administrative purposes, appellate cause number 05-14-01267-CV is treated as a closed case.

Because appellant's docketing statement in cause number 05-14-01267-CV reflects a supplemental clerk's record has been requested and payment arrangements made, we **ORDER** Dallas County District Clerk Gary Fitzsimmons to file, no later than October 31, 2014, the requested supplemental clerk's record. Because the docketing statement further reflects no reporter's record exists, we **ORDER** The Dallas Morning News to file its brief on cross-appeal no later than November 20, 2014 and Mr. Mapp to file his response brief no later than December 10, 2014. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 27.008(b); TEX. R. APP. P. 38.6.

We **DIRECT** the Clerk of this Court to transfer all papers from appellate cause number 05-14-01267-CV to appellate cause number 05-14-00848-CV. All filings as of this date forward shall bear appellate cause number 05-14-00848-CV. We further **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Fitzsimmons and all counsel of record.


/s/      ADA BROWN
         JUSTICE